ACCEPTED
05-15-01254-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
11/10/2015 3:12:08 PM
LISA MATZ
CLERK

Appellate Docket Number: 05-15-0 1254-CV

Appellate Case Style: In Re: Brandon Groves McReynolds, an

adult Vs.

Companion Case No.:

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
11/10/2015 3:12:08 PM
LISA MATZ
Clerk

Amended/corrected statement:

DOCKETING STATEMENT(Civil)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | JI. Appellant Attorney(s) |
|---|---|
| Person ☐ Organization (choose one) | IX] Lead Attorney |
| | First Name: ABIGAIL |
| | Middle Name: KWELLER |
| First Name: BRANDON | Last Name: SULLIVAN |
| Middle Name: GROVES | Suffix: |
| Last Name: MCREYNOLDS | Law Firm Name: SCOTT & RAY, PLLC |
| Suffix: | Address l: 2608 STONEWALL St. |
| Pro Se: | Address 2: PO BOX 1353 |
| | City: GREENVILLE |
| | State: Texas    Zip+4:75403-1353 |
| | Telephone: (904)-454-0044    ext. |
| | Fax: 903-454-1514 |
| | Email: ABIGAIL@SCOTTRAYLAW.COM |
| | SBN: 24077300 |
| Ill. Appellant | IV. Appellee Attorney(s) |
| ☐ Person ☐ Organization (choose one) | ☐ Lead Attorney |
| | First Name: |
| First Name: | Middle Name: |
| Middle Name: | Last Name: |
| Last Name: | Suffix: |
| Suffix: | Law Fim1 Name: |
| Pro Se: O | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas    Zip+4: |
| | Telephone:    ext. |
| | Fax: |
| | Email: |
| | SBN: |

## V. Perfertion Of Appeal And Jurisdiction

Nature of Case (Subject matter or type of case):   Other

Date order or judgment signed:  August 3 I , 2015                    Type of judgment:Summary Judgment

Date notice of appeal filed in trial court:   September 29, 2015

If mailed to the trial court clerk, also give the date mailed:

Interlocutory appeal of appealable order:   Yes       **[x]No**

If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

Accelerated appeal (See TRAP 28):              Yes        **[x]No**

If yes.please specify statutory or other basis on which appeal    is accelerated:

Parental Termination or Child Protection? (See TRAP 28.4):Yes **[x]No**

Permissive? (See  TRAP 28.3):                  Yes        **[x]No**

If yes.please specify  statutory or other basis  for such  status:

Agreed?  (See TRAP 28.2):                      Yes        **[x]No**

If yes,  please specify statutory or other basis for such  status:

Appeal  should receive  precedence,  preference, or priority  under statute or rule:        Yes    **[x]No**

If yes, please specify  statutory or other basis for such  status:

Does this case involve an amount under $100,000?  Yes     **[x]No** Judgment

or order disposes of all parties and issues:    Yes **[x]No** Appeal  from final

judgment:                                         **[x]Yes**   No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?     Yes **[x]No**

## VI.  Actions Extending Time To Perfect Appeal

| | | |
|---|---|---|
| Motion for New Trial: | Yes  [X]  No | If yes, date filed: |
| Motion  to Mod ify Judgment: | Yes  **[x]No** | If yes, date filed: |
| Request for Findings of Fact and Conclusions of Law: | Yes  **[x]No** | If yes, date  filed: |
| Motion to Reinstate: | Yes    **[x]No** | If yes, date  filed: |
| Motion under TRCP 306a: | Yes  **[x]No** | If yes, date filed: |
| Other: | Yes  **[x]No** | |

If other, please specify:

## VII.   lndigenq Of Party: (Attach file-stamped copy of affidavit, and extension  motion  if filed.)

| | | |
|---|---|---|
| Affidavit filed in trial court: | Yes  **[x]No** | If yes, date  filed: |
| Contest filed in trial court: | Yes  **[x]No** | If yes, date  filed: |
| Date ruling on contest due: | | |

Ruling on contest:  D Sustained           D Overruled         Date of ruling:

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?     Yes  **[x]No**

If yes, please attach a copy of the petition.

Date bankruptcy filed:                                    Bankruptcy Case Number:

## IX. Trial Court And Record

Court:      196th Judicial District Court

County: Hunt

Trial Court Docket Number (Cause No.): 82,127

Trial Judge (who tried or disposed of case):

First Name:      ANDREW

Middle Name:

Last Name:: BENCH

Suffix:

Address **I**:      2507 LEE STREET

Address 2:

City:            GREFNVILLE

State:    Texas                    Zip + 4:   75401

Telephone:    (903) 408-4190            ext.

Fax:        (903)-154-418<)

Email:

Clerk's Record:

Trial Court Clerk:      [x] District  O County

Was clerk's record requested?      O Yes   **[x]No**

If yes, date requested:

If no, date it will be requested: Octob1:r 2 1. 20 I 5

Were payment arrangements made with clerk?

**[x]Yes** 0No  0Indigent

(Note: No request required under TRAP 34.S(a),(b))

Reporter's or Recorder's Record:

Is there a reporter's record?            Yes  **[x]No**

Was reporter's record requested?        YES **[x]No**

Was there a reporter's record electronically recorded? Yes **[x]No**

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with the court reporter/comt recorder? **0Yes** O No Oindigent

**[x]Cou1t Reporter**                    O Court Recorder

O Official                    O Substitute


First Name:    EDWIN

Middle Name:

Last Name:    WALKER

Suffix:

Address I:    2507 LEE STREET

Address 2:

City:        GREENVILLE

State:    TEXAS            Zip + 4: 75401

Telephone:    903-408-4190        ext.

Fax:    903-454-4189

Email:

**X. Supersedeas Bond**

Supersedeas bond filed: Yes **[x]No**        If yes, date filed:

Will file: Yes  No

**X I.  Extraordinary Relief**

Will you request extraordinary relief (e.g. temporary or ancillary relief) from this Court?        Yes        **[x]No**

If yes, briefly state the basis for your request:

**XII. Alternatin Dispute Resolution/Mediation (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 9th, 10th, lJth. 1 2th, 13th, or 14th Court of Appeal)**

Should this appeal be referred to mediation?        Yes        No

If no, please specify.

Has the case been through an ADR procedure?        Yes        **[x]No**

If yes, who was the mediator?

What type of ADR procedure?

At what stage did the case go through ADR?        Pre-Trial        Post-Trial        Other

If other, please specify:

Type of case?    Other

Give a brief description of the issue to be raised on appeal, the rel ief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

Texds 1·am1l) Code Sedton 2 005(8) mentl<l11s the cw,1c:i;ce ot d "sex change ordc1." hut there 1s no correspondmg ,hapll'r m the Famil) Cude m ,Hhcr (. ode ettmg forth the "'tandanls

How was the case disposed of?        Summary Judgment

Summary of relief granted, including amount of money judgment, and if any, damages awarded. If

money judgment, what was the amount?  Actual damages:

Punitive (or similar) damages:

Attorney's fees (trial):

Attorney's fees (appellate):

Other:

If other, please specify:

Will you challenge this Court's jurisdiction? Yes **[x]No**
Does judgment have language that one or more parties "take nothing"? Yes **[x]No**
Does judgment have a Mother Hubbard clause? Yes **[x]No**

Other basis for finality?
Rate the complexity of the case (use 1 for least and 5 for most complex): 1 [x]2 3 4 5

Please make my answer to the preceding questions known to other parties in this case. Can the     Yes **[x]No**
parties agree on an appellate mediator? Yes **[x]No**

If yes, please give name, address, telephone, fax and email address: Name

Address                    Telephone                            Fax                              Email

Languages other than English in which the mediator should be proficient: Name of

person filing out mediation section of docketing statement:

## XIII. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                         Trial Court:

Style:

Vs.

## XIV.  Pro Bono Program: (Complete section if filing in the 1st, 3rd, 5th. or 14th Courts of Appeals)

The Courts of Appeals l isted above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Comm ittee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. Ifa case is selected by the Comm ittee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within th irty (30) to forty-five (45) days after subm itting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program , the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding.  By signing your name below, you are authorizing the Pro Bono comm ittee to transm it publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this  case to be considered  for inclusion  in  the Pro   Bono  Program?                 Yes  **[x]No**

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal?      O  Yes   rgj No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed an affidavit of Indigency and attached a file-stamped copy of that affidavit, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines?                 O  Yes   ONo

These guidelines can be found in the Pro Bono Program Pamph let as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml. Are you willing to disclose your financial circumstances to the Pro Bono Committee?   Yes  **[x]No**

If yes, please attach an Affidavit of Indigency completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app .org.  Your participation in the Pro Bono Program may be conditioned upon your execution of an affidavit under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice  to the right  to raise additional  issues or request  additional  relief;  use a  separate  attachment, if  necessary).

## XV.  Signature

Signature of counsel (or pro  se party)

Printed Name:  Abigail Kweller Sullivan

Date:          October 21, 2015

State Bar No.:    24077300

Electronic Signature: /s/ Abigail Kweller Sullivan
     (Optional)

**X VI. Certificate of Sen-ice**

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on

Signature of counsel (or pro se pa11y)

Electronic Signature:
(Optional)

State Bar No.:

Person Served

Certificate of Service Requirements (TRAP 9.5(e)): A cert ificate of service must be signed by the person who made the service and must state:

(I) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, th e name of the party represented by that attorney

Please enter the following for each person served:

Date Served:

Manner Served:

First Name:

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address I:

Address 2:

City:

State     Texas                          Zip+4:

Telephone:                   ext.

Fax:

Email:

If Attorney, Representing Party's Name: